In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, in the Town of Mount Pleasant, etc., for the Construction of Catskill Aqueduct. Hannah J. Pierce, Appellant.— Motion for reargument denied, without costs. Present— Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Wilson A. Cleveland, Appellant, v. George Cromwell, Respondent.— We are of opinion that the evidence of employment by the plaintiff of the defendant as an attorney to represent him in the criminal proceedings is such that the case must be submitted to a jury. For that reason, and on the authority of *Cleveland* v. *Cromwell* (110 App. Div. 82) and *Cleveland* v. *Cromwell* (128 id. 237) the judgment is reversed, on reargument, and a new trial granted, costs to abide the event. Hirschberg, P. J., Woodward and Carr, JJ., concurred; Jenks and Rich, JJ., dissented, on the ground that the evidence in this record did not require the submission of the case to the jury, and that in any event the alleged negligence of the defendant was not the proximate cause of the injury.

First National Bank of the City of Brooklyn, Appellant, v. John G. Jenkins, Jr., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Thomas and Rich, JJ., concurred; Carr, J., dissented.

Richard Gallagher, Appellant, v. Walsh-Kahl Construction Company, Respondent.— Judgment modified by striking therefrom the words "upon the merits," and as so modified judgment and order unanimously affirmed, without costs to either party. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Minnie M. Hankin, Respondent, v. Brooklyn Taxicab Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Rich, JJ., concurred.

Jacob Hochberg, Appellant, v. Richmond Light and Railroad Company, Defendant. Joseph Gans, Respondent.— Order affirmed, with ten dollars costs and disbursements to the respondent, with leave to plaintiff to move at Special Term to have the amount of his attorney's lien ascertained and determined. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, to Acquire Certain Real Estate at Bayside in the Borough and County of Queens, in the City of New York, for Purposes of Water Supply. Herman Crouze, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks and Burr, JJ., concurred.

William A. McCreery, Appellant, v. The Harral Soap Company, Respondent.—